USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

SANDRA VALDEZ BAUTISTA,

Defendant.

**ORDER**

23 Cr. 154 (VM)

WHEREAS, with the defendant's consent, her guilty plea allocution was made before United States Magistrate Judge Robyn F. Tarnofsky on April 2, 2024;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of that transcript and the record in this case, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. Sentencing is scheduled for August 2, 2024, at 1 p.m.

SO ORDERED:

Dated:   New York, New York
         5 April 2024

_____
Victor Marrero
U.S.D.J.