USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

        - against -

SANDRA VALDEZ BAUTISTA,

               Defendant.

**23 Cr. 154(VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The sentencing scheduled for October 11, 2024, at 10:00am is hereby adjourned until October 11, 2024, at 10:45am.

**SO ORDERED.**

Dated:    October 8, 2024
           New York, New York

_____
Victor Marrero
U.S.D.J.