```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

            - against -

SANDRA VALDEZ BAUTISTA,

                    Defendant.

23 Cr. 154(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    On October 11, 2024, this Court sentenced the Defendant to time served with three years of supervised release, which included one year of home confinement. (See Dkt. No. 68.) On October 18, 2024, the Defense, with the consent of the Government and Probation, requested that the Court amend the Judgment to modify the one year of home confinement to one year of home detention with location monitoring technology at the discretion of the Probation Officer, which would allow the Defendant to leave her home for employment purposes and her father's medical care. (See Dkt. No. 69.) For the reasons stated above, the Court hereby amends the Judgment to time served with three years of supervised release, which includes one year of home detention with location monitoring technology at the discretion of the Probation Officer.

**SO ORDERED.**

Dated:    October 21, 2024
              New York, New York

                                            Victor Marrero
                                              U.S.D.J.